# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN CROWLEY,

    Plaintiff,

v.

DANIEL SUSSMAN, *et al.*,

    Defendants.

Case No. 2:10-CV-00150-KJD-VCF

**ORDER**

The present action was remanded by the Ninth Circuit Court of Appeals with instructions on October 30, 2013. The Court's Order on Mandate (#45) was entered on January 7, 2014. On January 24, 2014, *pro se* Plaintiff filed an Appeal (#46) of the magistrate judge's order (#44) entered January 6, 2014, denying Plaintiff's motion to appoint counsel.

There is no constitutional right to appointed counsel in a § 1983 action. *Storseth v. Spellman,* 654 F.2d 1349, 1353 (9th Cir.1981). However, in "exceptional circumstances," a district court may appoint counsel for indigent civil litigants pursuant to 28 U.S.C. § 1915(e)(1). *Aldabe v. Aldabe,* 616 F.2d 1089, 1093 (9th Cir.1980). To decide whether these exceptional circumstances exist, a district court must evaluate both " 'the likelihood of success on the merits [and] the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved.' " *Wilborn v. Escalderon,* 789 F.2d 1328, 1331 (quoting *Weygandt v. Look,* 718 F.2d 952, 954 (9th Cir.1983)); *see*

1    *also Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997) withdrawn in part on reh'g en banc, 154

2    F.3d 952 (9th Cir. 1998). While it is true that Plaintiff successfully "participated" in an appeal in this

3    action to the Ninth Circuit Court of Appeals, he had appointed *pro bono* counsel in that effort. The

4    Court finds that Plaintiff has shown exceptional circumstances warranting appointment of counsel due

5    to the likelihood of success on the merits and the serious mental health history of Plaintiff which likely

6    would interfere with his ability to articulate his claims *pro se* in light of the complexity of the legal

7    issues involved.

8           Accordingly, IT IS HEREBY ORDERED that the Court **GRANTS** Plaintiff's Appeal (#46);

9           IT IS FURTHER ORDERED that the Clerk of the Court officially re-open this action;

10          IT IS FURTHER ORDERED that the CJA Clerk appoint counsel to represent Plaintiff.

11          DATED this 8th day of May 2014.

12

13

14                                                   _____

15                                                   Kent J. Dawson
                                                     United States District Judge

16

17

18

19

20

21

22

23

24

25

26

                                                     2