UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

JOHN CROWLEY,

        Plaintiff,

vs.

STATE OF NEVADA, *et al.*,

        Defendants.

2:10-cv-00150-KJD-VCF

**ORDER**

On October 20, 2014, the Honorable District Court Judge Kent J. Dawson referred this case to the Pilot *Pro Bono* Program for appointment of *pro bono* counsel for Plaintiff John Crowley. (#51). On January 30, 2015, Plaintiff filed his Motion to Stay Proceedings (#53). Plaintiff seeks to stay this matter pending the potential appointment of *pro bono* counsel through the Pilot *Pro Bono* Program.

Pursuant to Local Rules 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." To date, no opposition has been filed and the time to oppose has passed. Thus, it would seem that Defendants have consented to the granting of the instant motion under Local Rule 7-2(d).

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion to Stay Proceedings (#53) is GRANTED.

DATED this 18th day of February, 2015.

 

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE