1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7   JOHN CROWLEY,                              )
                                             )
8                      Plaintiff,             )       Case No. 2:10-cv-00150-KJD-VCF
                                             )
9   vs.                                       )       **AMENDED REFERRAL TO PRO BONO**
                                             )        **PROGRAM**
10                                            )
    DANIEL SUSSMAN, et al.,                   )
11                                            )
                       Defendants.            )
12  _____ )

13          This case was previously referred to the Court's Pilot Pro Bono Program ("Program")

14   adopted in General Order 2014-01 for the purpose of identifying counsel willing to be appointed as

15   pro bono counsel for Plaintiff John Crowley.  *See* Order (#51).  This order amends the prior referral

16   order to limit the scope of appointment to (1) filing an amended complaint (if necessary) and (2)

17   representing Plaintiff at a settlement conference.  Accordingly,

18          **IT IS HEREBY ORDERED** that this case is referred to the Pilot Pro Bono Program for

19   appointment of counsel for the limit purposes of (1) filing an amended complaint and (2)

20   representing Plaintiff at a settlement conference.

21          **IT IS FURTHER ORDERED** that, upon appointment of pro bono counsel, this case is

22   referred to Magistrate Judge Ferenbach to conduct a settlement conference.

23          DATED: February 23, 2015.

24

25

26   _____
     **Kent J. Dawson**
27   **United States District Judge**

28