# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOHN CROWLEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DANIEL SUSSMAN, et al.,<br><br>　　　　Defendants. | 2:10-cv-00150-KJD-VCF<br><br>**ORDER** |

Before the court is *John Crowley v. Daniel Sussman, et al.*, case number 2:10-cv-00150-KJD-VCF.  This matter has been referred to the undersigned to set a settlement conference upon the appointment of pro bono counsel.  (#55). On April 3, 2015, C.J. Potter, Esq. was appointed as pro bono counsel for Plaintiff John Crowley.  (#56).

Accordingly,

IT IS HEREBY ORDERED that a status hearing with counsel to discuss setting a settlement conference is scheduled for **2:00 p.m., April 22, 2015, in courtroom 3D**.

DATED this 6th day of April, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE