ADAM PAUL LAXALT
Nevada Attorney General
JARED M. FROST
Senior Deputy Attorney General
Nevada Bar No. 11132
Office of the Attorney General
Bureau of Litigation
Public Safety Division
555 E Washington Ave, Suite 3900
Las Vegas, Nevada 89101
Phone: (702) 486-3177
Email:  jfrost@ag.nv.gov

*Attorneys for Defendants Bruce Bannister, Ruby Cordero, and James Holmes*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CROWLEY, <br><br>             Plaintiff, <br><br> v. <br><br> STATE OF NEVADA, *et. al.*, <br><br>             Defendants. | Case No.  2:10-cv-00150-KJD-VCF <br><br> **ORDER FOR** <br> **DISMISSAL WITH PREJUDICE** |

It is stipulated and agreed by and between Plaintiff, John Crowley, by and through counsel, C.J. Potter, Esq., and Defendants Bruce Bannister, Ruby Cordero, and James Holmes, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, that the above-captioned matter be dismissed with

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

prejudice, and that each party will bear their own attorney fees and costs.

DATED: November  2 , 2015.                              DATED: November  2 , 2015.

POTTER LAW OFFICES                                      ADAM PAUL LAXALT
                                                        Nevada Attorney General

By: /s/ C.J. Potter                                     By: /s/ Jared J. Frost
   C.J. Potter, Esq.                                       Jared M. Frost
   *Attorneys for Plaintiff*                                Senior Deputy Attorney General
                                                           *Attorneys for Defendants*

   IT IS SO ORDERED.

   DATED this __3rd__ day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE